PETER B. TIEMANN (SBN 195875)
JELENA TIEMANN (SBN 232363)
GLENN M. KENNA (SBN 305092)
**TIEMANN LAW FIRM**
A PROFESSIONAL LAW CORPORATION
1500 River Park Drive
Sacramento, CA 95815
Phone: (916) 999-9000
Fax: (916) 985-0500

Attorneys for Plaintiff,
KATHLEEN BOSWELL

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KATHLEEN BOSWELL,<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, NICHOLAS ROBERTSON; and DOES 1 TO 50<br><br>Defendants. | Case No.: 2:25-cv-03100-TLN-CKD<br><br>STIPULATION TO REMAND REMOVED ACTION; ORDER THEREON |

KATHLEEN BOSWELL ("Plaintiff") and COSTCO WHOLESALE CORPORATION and NICHOLAS ROBERTSON (Collectively "Defendants") stipulate as follows:

1. On or about July 7, 2025, Plaintiff commenced an action in the Superior Court of the state of California, County of Sacramento entitled KATHLEEN BOSWELL V. COSTCO WHOLESALE CORPORATION, NICHOLAS ROBERTSON, AND DOES 1 THORUGH 50 INCLUSIVE as case number 25CV015922 (the "Action").
2. Plaintiff served Defendants with the Action on or about September 24, 2025.
3. On October 24, 2025, Defendants filed a notice of removal of the Action pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 with the United States District Court for the

Eastern District of California.

4. On October 27, 2025, Defendants completed the removal process by filing a conformed copy of the notice of removal with the Sacramento County Superior Court.
5. After some discussion, Plaintiff and Defendants have agreed that the Action should be remanded to the Sacramento County Superior Court as the parties do not have diversity of citizenship under 28 U.S.C. §1332(a).
6. The parties further agree that that all trial related deadlines, including fact discovery, expert discovery, dispositive motions, pre-trial motions, and all other pretrial filings shall track the yet to be assigned trial date in the California Superior Court, County of Sacramento.
7. The Parties further stipulate that each party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of the Action pursuant to this Stipulation and Order.

IT IS SO STIPULATED

TIEMANN LAW FIRM

DATED: September 22, 2026

BY: _/s/Glenn Kenna___
PETER B. TIEMANN
JELENA TIEMANN
GLENN M. KENNA
Attorneys for Plaintiff
KATHLEEN BOSWELL

DATED: September 22, 2026

PERRY, JOHNSON, ANDERSON, MILLER & MOSKOWITZ, LLP.

BY:_/s/Nickolas Rineberg__
Daphne A. Beletsis NICKOLAS M. RINEBERG
Attorneys for Defendants COSTCO WHOLESALE CORPORATION; NICHOLAS ROBERTSON

**ORDER**

On September 22, 2026, the Parties to the above-referenced action filed a Stipulation to Remand Removed Action. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. The Parties' stipulation is approved.
2. All trial related deadlines, including fact discovery, expert discovery, dispositive motions, pre-trial motions, and all other pretrial filings shall track the yet to be assigned trial date in the California Superior Court, County of Sacramento.
3. Eastern District of California Case number 2:25-CV-03100-TLN-CKD styled KATHLEEN BOSWELL V. COSTCO WHOLESALE CORPORATION, et al. is hereby remanded to Sacramento County Superior Court.

IT IS SO ORDERED.

DATED: September 23, 2026

Troy L. Nunley
Chief United States District Judge